IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-02002 BKT

RUDY RIVERA RIVERA

Chapter 13

XXX-XX-9203

**FILED & ENTERED ON 03/29/2010**

Debtor(s)

## ORDER

Debtor's motion for continuance of the automatic stay (docket #13) is hereby denied based on PR-LBR 4001-5(b).

IT IS SO ORDERED.

San Juan, Puerto Rico, this 29 day of March, 2010.

Brian K. Tester
U.S. Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: figueroac          Page 1 of 1              Date Rcvd: Mar 29, 2010
Case: 10-02002                Form ID: pdf001          Total Noticed: 18

The following entities were noticed by first class mail on Mar 31, 2010.
db         +RUDY RIVERA RIVERA,    URB SAN VICENTE,    188 CALLE 3,    VEGA BAJA, PR 00693-3415
smg         PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
              SAN JUAN, PR  00918
smg        +US TRUSTEE,    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
2940076    +AMERICAN EXPRESS,    PO BOX 981537,    EL PASO, TX 79998-1537
2940077     ASUME,    PO BOX 71316,    SAN JUAN, PR  00936-8416
2940078     BANCO POPULAR DE PR,    PO BOX 70100,    SAN JUAN, PR  00936-8100
2940079     BANCO SANTANDER,    PO BOX 362589,    SAN JUAN, PR  00936-2589
2940080     CITI CARDS,    PO BOX 183052,    COLOMBUS, OH  43218-3052
2940081    +COLON ATIENZA LEGAL & REPOSSESSION SERV.,    PO BOX 21382,    SAN JUAN, PR 00928-1382
2940082    +DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424 B,    SAN JUAN, PR 00902-4140
2940083    +DEPARTAMENTO DEL TRABAJO,    AVE. MUOZ RIVERA 505,    HATO REY, PR 00918-3352
2940084     FEDERAL LITIGATION DEPT OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
2940085    +FORD MOTOR CREDIT,    PO BOX 364189,    SAN JUAN, PR 00936-4189
2940086    +GC SERVICES LIMITED PARTNERSHIP,    PO BOX 47455,    JACKSONVILLE, FL 32247-7455
2940087   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  INTERNAL REVENUE SERVICE,    MERCANTIL PLAZA BLDG, ROOM 1014,
              2 PONCE DE LEON AVE. STOP 27 1/2,    SAN JUAN, PR  00918-1693)
2940088     ORIENTAL GROUP,    PO BOX 195115,    SAN JUAN, PR  00919-5115
2940089    +PEDRO DIAZ GONZALEZ,    PO BOX 1451,    VEGA BAJA, PR 00694-1451
2940090     RELIABLE FINANCIAL SERVICES,    PO BOX 21382,    SAN JUAN, PR  00928-1382

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2940075      RIVERA RIVERA, RUDY
smg*         DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
smg*         FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
                                                                                               TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 31, 2010**                    **Signature:**    *Joseph Speetjens*