# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                                                Case No. **10-02002**

**RIVERA RIVERA, RUDY**                                               Chapter **13**

                    Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.

2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: **4/14/2010**                                    ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                          Filed by: ☐ Debtor ☐ Trustee ☐ Other

| I. PAYMENT PLAN SCHEDULE | II. DISBURSEMENT SCHEDULE |
|---|---|
| $ **500.00** x **12** = $ **6,000.00** | A. ADEQUATE PROTECTION PAYMENTS OR    $ |
| $ **600.00** x **12** = $ **7,200.00** | B. SECURED CLAIMS: |
| $ **700.00** x **36** = $ **25,200.00** | ☐ Debtor represents no secured claims. |
| $ x = $ | ☑ Creditors having secured claims will retain their liens and shall be paid as |
| $ x = $ | follows: |
| | 1. ☐ Trustee pays secured ARREARS: |
| **TOTAL: $ 38,400.00** | Cr. _____ Cr. _____ Cr. _____ |
| | # _____ # _____ # _____ |
| Additional Payments: | $ _____ $ _____ $ _____ |
| $ _____ to be paid as a LUMP SUM | 2. ☑ Trustee pays IN FULL Secured Claims: |
| within _____ with proceeds to come from: | Cr. **FORD MOTOR CREC** Cr. **RELIABLE FINANCIA** Cr. _____ |
| | # **7771** # **2573** # _____ |
| ☐ Sale of Property identified as follows: | $ **1,863.01** $ **10,481.30** $ _____ |
| ................................ | 3. ☐ Trustee pays VALUE OF COLLATERAL: |
| ................................ | Cr. _____ Cr. _____ Cr. _____ |
| ................................ | # _____ # _____ # _____ |
| ☐ Other: | $ _____ $ _____ $ _____ |
| ................................ | 4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: |
| ................................ | |
| | 5. ☐ Other: |
| Periodic Payments to be made other than, and in addition to the above: | 6. ☐ Debtor otherwise maintains regular payments directly to: |
| $ _____ x _____ = $ _____ | |
| | C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2) |
| **PROPOSED BASE: $ 38,400.00** | D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims. |
| | 1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____ |
| **III. ATTORNEY'S FEES** (Treated as § 507 Priorities) | ☐ Paid 100% / ☐ Other: _____ |
| | Cr. _____ Cr. _____ Cr. _____ |
| Outstanding balance as per Rule 2016(b) Fee | # _____ # _____ # _____ |
| Disclosure Statement: $ **2,854.00** | $ _____ $ _____ $ _____ |
| | 2. Unsecured Claims otherwise receive PRO-RATA disbursements. |

OTHER PROVISIONS: (*Executory contracts: payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

Signed: */s/ RUDY RIVERA RIVERA*
    Debtor

    Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**      Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE RIVERA RIVERA, RUDY _____  Case No. **10-02002**
                                        Debtor(s)

## CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 2

|  | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | PEDRO DIAZ GONZA |  |  |

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.

ADEQUATE PROTECTION PAYMENT TO RELIABLE UNTIL CONFIRMATION $50.00 TO BE PAID BY TRUSTEE MONTHLY.

ADEQUATE PROTECTION PAYMENT TO FORD MOTOR CREDIT UNTIL CONFIRMATION $30.00 TO
BE PAID BY TRUSTEE MONTHLY.

INSURANCE TO RELIABLE ACCOUNT ENDING NUMBER 2573THROUGH  TRIPLE S AT THE END OF SALES CONTRACT IN
THE APROXIMATE AMOUNT OF $1,000.00   DISBURSEMENT TO TRIPLE S INSURANCE TO BEGIN AT END OF THE SALES
CONTRACT ON FEBRUARY 2010.

INSURANCE TO FORD MOTOR ACCOUNT ENDING NUMBER 7771THROUGH  TRIPLE S AT THE END OF SALES CONTRACT
IN THE APROXIMATE AMOUNT OF $1,000.00  DISBURSEMENT TO TRIPLE S INSURANCE TO BEGIN AT END OF THE SALES
CONTRACT ON  AUGUST 2009.

DIRECT PAYMENTS TO RG MORTGAGE ON HOUSE TRANSFERED ON 2007 TO EX WIFE, WILL CONTINUE MAKING THE
PAYMENTS. DEBTOR PROVIDES FOR THE LIFT OF STAY IN FAVOR OF RG MORTGAGE AND CRIM.

ANY POST PETITION TAX  RETURNS THAT MAY PROSPECTIVELY  ARISE FROM ANY TAX REFUND FOR THE DURATION OF
THE PLAN WILL BE USED AS NEEDED TO FUND THE PLAN   IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL
UNSECURED CREDITORS,  AFTER ITS CONFIRMATION AND WITHOUT THE NEED FOR ANY FURTHER NOTICE, HEARING
OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE.

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

RUDY RIVERA RIVERA

          **Debtor(s)**

CASE NO.; 10-02002 BKT

CHAPTER 13(ASSET CASE)

### CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1.   The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **PLAN DATED 4/14/2010.**

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 14TH, day of March, 2010.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Jose R. Carrion, Esq.,** US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

                                  **RESPECTFULLY SUBMITTED.**

                                  /S/MARILYN VALDES ORTEGA
                                  **MARILYN VALDES ORTEGA**
                                  USDC PR 214711
                                  P.O.Box 195596
                                  San Juan, PR 00919-5596
                                  Tel. (787) 758-4400
                                  Fax. (787) 763-0144

Label Matrix for local noticing
0104-3
Case 10-02002-BKT13
District of Puerto Rico
Old San Juan
Wed Apr 14 16:47:50 AST 2010

RELIABLE FINANCIAL SERVICES
CARLOS E PEREZ PASTRANA
PO BOX 21382
SAN JUAN, PR 00928-1382

US Bankruptcy Court District of P.R.
U.S. Post Office and Courthouse Building
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

AMERICAN EXPRESS
PO BOX 981537
EL PASO, TX 79998-1537

ASUME
PO BOX 71316
SAN JUAN, PR 00936-8416

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR 00936-8100

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PR 00936-6818

BANCO SANTANDER
PO BOX 362589
SAN JUAN, PR 00936-2589

CITI CARDS
PO BOX 183052
COLOMBUS, OH 43218-3052

COLON ATIENZA LEGAL & REPOSSESSION SERV.
PO BOX 21382
SAN JUAN, PR 00928-1382

CRIM
LEGAL COUNSEL OFFICE
PO BOX 195387
SAN JUAN PR 00919-5387

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR 00902-4140

DEPARTAMENTO DEL TRABAJO
AVE. MUOZ RIVERA 505
HATO REY, PR 00918-3352

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

FORD MOTOR CREDIT
PO BOX 364189
SAN JUAN, PR 00936-4189

GC SERVICES LIMITED PARTNERSHIP
PO BOX 47455
JACKSONVILLE, FL 32247-7455

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

ORIENTAL GROUP
PO BOX 195115
SAN JUAN, PR 00919-5115

PEDRO DIAZ GONZALEZ
PO BOX 1451
VEGA BAJA, PR 00694-1451

RELIABLE FINANCIAL SERVICES
PO BOX 21382
SAN JUAN, PR 00928-1382

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MARILYN VALDES ORTEGA
VALDES-ORTEGA
P O BOX 195596
SAN JUAN, PR 00919-5596

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1938

RUDY RIVERA RIVERA
URB SAN VICENTE
188 CALLE 3
VEGA BAJA, PR 00693-3415

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG, ROOM 1014
2 PONCE DE LEON AVE. STOP 27 1/2
SAN JUAN, PR 00918-1693

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)RIVERA RIVERA, RUDY

End of Label Matrix
Mailable recipients    23
Bypassed recipients     1
Total                  24