IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN THE MATTER OF: | * | CASE NUMBER: 10-02002 BKT |
| RUDY RIVERA RIVERA | * | |
| | * | CHAPTER 13 (ASSET CASE) |
| DEBTOR(S) | * | |

****************************************

**MOTION REQUESTING CONTINUANCE OF CONFIRMATION
HEARING OF SEPTEMBER 9TH, 2010**

**THE HONORABLE COURT:**

**COME NOW,** Debtor through the undersigned attorney and respectfully, STATES, ALLEGES and PRAYS as follows.

1. On September 9th, 2010, the confirmation hearing is to be held.

2. The instant case is a business case and the Trustee has requested several documents that will take some time to access, also debtor wishes to object the claims by IRS and Hacienda but for that he must first access the record with his ex-accountant for which he filed a complaint and is awaiting for the outcome, this since the accountant refuses to give him the information for his tax returns.

3. Also pending in the Court of First Instance is the hearing on lowering debtors alimony payment, the applicability of a credit towards moneies overpaid by debtor and the request of retroactivity of alimony payment (evidence requested by the Trustee).

4. The undersigned meet with sister counsel Nannette Godreau of Trustee's Carrion office and discussed all pending matters and it was agreed a continuance was needed.

5. Therefore, a continuance is respectfully requested.

**WHEREFORE,** it is respectfully requested from this Honorable Court to grant the present motion with any other remedy it may deem necessary.

In San Juan, Puerto Rico, this 12TH, day of August, 2010.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Jose R. Carrion, Esq.,** US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

**/s/ Marilyn Valdes Ortega**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

RIVERA RIVERA, RUDY
URB. SAN VICENTE
CALLE 3 #188
VEGA BAJA, PR 00693

DEPARTAMENTO DEL TRABAJO
AVE. MUÑOZ RIVERA 505
HATO REY, PR 00918

Marilyn Valdes Ortega Law Offices
PO BOX 19596
SAN JUAN, PR 00919-5596

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

AMERICAN EXPRESS
PO BOX 981537
EL PASO, TX 79998

FORD MOTOR CREDIT
PO BOX 364189
SAN JUAN, PR 00936-3673

ASUME
PO BOX 71316
SAN JUAN, PR 00936-8416

GC SERVICES LIMITED PARTNERSHIP
PO BOX 47455
JACKSONVILLE, FL 32247

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR 00936-8100

INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG, ROOM 1014
2 PONCE DE LEON AVE. STOP 27 1/2
SAN JUAN, PR 00918-1693

BANCO SANTANDER
PO BOX 362589
SAN JUAN, PR 00936-2589

ORIENTAL GROUP
PO BOX 195115
SAN JUAN, PR 00919-5115

CITI CARDS
PO BOX 183052
COLOMBUS, OH 43218-3052

PEDRO DIAZ GONZALEZ
PO BOX 1451
VEGA BAJA, PR 00693

COLON ATIENZA LEGAL &
REPOSSESSION SERV.
PO BOX 21382
SAN JUAN, PR 00928

RELIABLE FINANCIAL SERVICES
PO BOX 21382
SAN JUAN, PR 00928-1382

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR 00902