IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RUDY RIVERA RIVERA
     DEBTORS

CASE NUM.: 10-02002 BKT

CHAPTER 13 (ASSET CASE)

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

 **COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

 1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **dated 1/26/2011.**

 **WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of this service.

 In San Juan, Puerto Rico, this 26 day of January, 2011.

 **I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Alejandro Oliveras, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

         **RESPECTFULLY SUBMITTED.**

         **/S/MARILYN VALDES ORTEGA**
         **MARILYN VALDES ORTEGA**
         USDC PR 214711
         P.O.Box 195596
         San Juan, PR 00919-5596
         Tel. (787) 758-4400
         Fax. (787) 763-0144
         E-mail: valdeslaw@prtc.net

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                          Case No. **10-02002**

**RIVERA RIVERA, RUDY**                                Chapter **13**
                     Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: **1/26/2011**
☐ PRE ☐ POST-CONFIRMATION           Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 500.00 | x | 12 | = $ | 6,000.00 |
| $ | 600.00 | x | 12 | = $ | 7,200.00 |
| $ | 700.00 | x | 36 | = $ | 25,200.00 |
| $ | | x | | = $ | |
| $ | | x | | = $ | |

TOTAL: $ **38,400.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **38,400.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $ **2,854.00**

Signed: /s/ **RUDY RIVERA RIVERA**
          Debtor

          Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**        Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **FORD MOTOR CRED** Cr. _____ Cr. _____
# **7771** # _____ # _____
$ **1,999.08** $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**RELIABLE FINANCIA**
5. ☐ Other:
6. ☐ Debtor otherwise maintains regular payments directly to:

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
See Continuation Sheet

DEBTOR TO PAY THROUGH THE PLAN IN FULL PRIORITY TO DEPARTMENT OF LABOR

IN RE RIVERA RIVERA, RUDY                                        Case No. **10-02002**
                              Debtor(s)
                        **CHAPTER 13 PAYMENT PLAN**
                        Continuation Sheet - Page 1 of 2

                                              Cr              #              $

**Executory Contracts - Assumed:**            **PEDRO DIAZ GONZA**

[signature]

**CHAPTER 13 PAYMENT PLAN**

- 
- 
- 
- 
- 
- 

**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.**

**ADEQUATE PROTECTION PAYMENT TO FORD MOTOR CREDIT UNTIL CONFIRMATION $30.00 TO BE PAID BY TRUSTEE MONTHLY.**

**INSURANCE TO FORD MOTOR ACCOUNT ENDING NUMBER 7771 THROUGH TRIPLE S AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF $500.00 DISBURSEMENT TO TRIPLE S INSURANCE TO BEGIN AT END OF THE SALES CONTRACT ON AUGUST 2009.**

**DIRECT PAYMENTS TO RG MORTGAGE ON HOUSE TRANSFERED ON 2007 TO EX WIFE MARIBEL VAZQUEZ, SHE WILL CONTINUE MAKING DIRECT MORTGAGE PAYMENTS. DEBTOR PROVIDES FOR THE LIFT OF STAY IN FAVOR OF RG MORTGAGE, CRIM & ASOCIACION OF RESIDENTS.**

**ANY POST PETITION TAX RETURNS THAT MAY PROSPECTIVELY ARISE FROM ANY TAX REFUND FOR THE DURATION OF THE PLAN WILL BE USED AS NEEDED TO FUND THE PLAN IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS, AFTER ITS CONFIRMATION AND WITHOUT THE NEED FOR ANY FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE.**

*APPEAR TO ASUME THROUGH PLAN IN FAVOR OF MARIBEL VAZQUEZ.*

| | |
|---|---|
| RIVERA RIVERA RUDY<br>URB SAN VICENTE<br>CALLE 3 #188<br>VEGA BAJA PR  00693 | DEPARTAMENTO DEL TRABAJO<br>AVE MUÑOZ RIVERA 505<br>HATO REY PR  00918 |
| MARILYN VALDES ORTEGA LAW OFFICES<br>PO BOX 195596<br>SAN JUAN PR  00919-5596 | FEDERAL LITIGATION DEPT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN PR  00902-0192 |
| AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO TX  79998 | FORD MOTOR CREDIT<br>PO BOX 364189<br>SAN JUAN PR  00936-3673 |
| ASUME<br>PO BOX 71316<br>SAN JUAN PR  00936-8416 | GC SERVICES LIMITED PARTNERSHIP<br>PO BOX 47455<br>JACKSONVILLE FL  32247 |
| BANCO POPULAR DE PR<br>PO BOX 70100<br>SAN JUAN PR  00936-8100 | INTERNAL REVENUE SERVICE<br>MERCANTIL PLAZA BLDG ROOM 1014<br>2 PONCE DE LEON AVE  STOP 27 1/2<br>SAN JUAN PR  00918-1693 |
| BANCO SANTANDER<br>PO BOX 362589<br>SAN JUAN PR  00936-2589 | ORIENTAL GROUP<br>PO BOX 195115<br>SAN JUAN PR  00919-5115 |
| CITI CARDS<br>PO BOX 183052<br>COLOMBUS OH  43218-3052 | PEDRO DIAZ GONZALEZ<br>PO BOX 1451<br>VEGA BAJA PR  00693 |
| COLON ATIENZA LEGAL & REPOSSESSION SERV<br>PO BOX 21382<br>SAN JUAN PR  00928 | RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN PR  00928-1382 |
| CRIM<br>PO BOX 195387<br>SAN JUAN PR  00919-5387 | |
| DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424 B<br>SAN JUAN PR  00902 | |