IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: * CASE NUMBER: 10-02002 BKT
 *
RUDY RIVERA RIVERA *
 *

 Debtor(s) * CHAPTER 13 (ASSET CASE)
*******************************

APPLICATION FOR ATTORNEY COMPENSATION

TO THE HONORABLE COURT:

COME(S) NOW, Marilyn Valdes Ortega, and respectfully requests interim compensation pursuant to Section 330 of the United States Bankruptcy Code. All services performed and/or expenses incurred were for the benefit of the estate or the administration of the case. As required by Bankruptcy Rule 2016 A, the undersigned attorney on behalf of the aforementioned law firm sets forth a detailed statement of the services rendered, time expend and the amount requested:

CASE ADMINISTRATION CHAPTER 13

| DATE | DESCRIPTION | TIME HOURS |
|---|---|---|
| 02/22/2010 | Initial interview in which debtor economic situation and debts are evaluated in order to determine Chapter 13 eligibility, determine plan to be offered to creditors, feasibility of the plan, potential adversary proceedings, information that is required, discuss attorneys fees. Discuss all requirements as per new law and consequences of non compliance, case it a business case, explain documents needed, like licences etc. is a business case. | 1.60 |

| Date | Description | Hours |
|---|---|---|
| 03/16/2010 | Meet with debtor in order to review documents submitted by debtor organize by category request additional information, organize, discuss, prepare draft and review initial documents that are to be submitted to the court in order to file instant case, request additional information from debtor. Draft and proofread Voluntary Chapter 13 Petition. | 2.00 |
| 03/16/2010 | Draft and prepare initial letter that is sent to debtor in which we inform the requirements of his case and the information and documents that are required, submit copy of automatic stay and Chapter 13 plan, and debtor's payment schedule plan. | .40 |
| 03/16/2010 | Proof Read Notice to Individual Consumer Debtor. | .10 |
| 03/16/2010 | Read Court notice informing that 341 meeting will be held on April 16th, 2010 at 9:00 a.m. | .10 |
| 03/16/2010 | Draft and proofread letter to debtor notifying 341 hearing for creditors has been scheduled for April 16th, 2010 at 9:00 a.m. | .30 |
| 03/17/2010 | Read Notice of Chapter 7 and Chapter 13 case review. | .10 |
| 03/18/2010 | Review and re-file Certificate of Credit Counseling dated 03-15-2010. | .10 |
| 03/18/2010 | Draft and proofread Motion Requesting Extension of Time to File Summary of Schedules. | .30 |

Rudy Rivera Rivera
Case No. 10-02002 BKT
page 3
Application for Attorney Compensation

| Date | Description | Hours |
|---|---|---|
| 03/26/2010 | Draft and proofread Motion for Continuance of the Automatic Stay Pursuant. | .30 |
| 03/30/2010 | Study Claim #1 filed by CRIM and it's documents. | .10 |
| 04/09/2010 | Study Claim #2 filed by BPPR and it's documents. | .10 |
| 04/13/2010 | Draft and proofread Motion to Assume Executory contract with Mr. Pedro Diaz Gonzalez. | .30 |
| 04/14/2010 | Read Notice of Appearance and Request for Notice on behalf of Reliable Financial Service. | .10 |
| 04/14/2010 | Study Claim #3 filed by Reliable Financial Service and it's documents. | .10 |
| 04/14/2010 | Phone conference with Debtor's accountant in order to explain monthly operating reports and preparation according to income and expenses. | .20 |
| 04/14/2010 | Review monthly operating reports and other documents submitted by debtor. | .40 |
| 04/14/2010 | Draft and proof read Summary of Schedules, Chapter 13 Statement of Current Monthly Income, Statistical Summary of Certain Liabilities, Statement of Financial Affairs. | 2.00 |
| 04/14/2010 | Draft and proof read Chapter 13 Plan dated 4/14/2010 and Certificate of Service. | .30 |
| 04/19/2010 | Read Court notice informing that 341 meeting will be held on April 23rd, 2010 at 10:00 a.m. | .10 |
| 04/23/2010 | Study Claim #4 filed by Ford Motor Credit Company and it's documents. | .10 |
| 04/26/2010 | Read Minutes of Trustees No Recommended. | .10 |

<mark>Rudy Rivera Rivera
Case No. 10-02002 BKT
page 4
Application for Attorney Compensation</mark>

| Date | Description | Hours |
|---|---|---|
| 04/28/2010 | Read Minutes of Trustees No Recommended. | .10 |
| 04/28/2010 | Study Claim #5 filed by Oriental Group and it's documents. | .10 |
| 04/30/2010 | Study Claim #6 filed by IRS and it's documents. | .10 |
| 05/11/2010 | Draft and proofread Motion Requesting Continuance of Hearing of Confirmation Of May 14th, 2010. | .40 |
| 05/14/2010 | Read Court Minutes of Fast Track Hearing. | .10 |
| 05/14/2010 | Meeting with client regarding documents. | .40 |
| 05/20/2010 | Review and discuss documents in regards with study Claim #7 filed by Eastern American Ins. and it's documents. | .10 |
| 05/20/2010 | Study Claim #8 filed by Eastern American Ins. and it's documents. | .10 |
| 05/24/2010 | Study Claim #9 filed by Department Of Treasury and it's documents. | .10 |
| 05/25/2010 | Study Claim #6-2 filed by IRS and it's documents. | .10 |
| 05/27/2010 | Read Notice of Appearance and Request for Notice filed by BPPR. | .10 |
| 05/27/2010 | Study Claim #10 filed by Banco Popular de Puerto Rico and it's documents. | .10 |
| 06/11/2010 | Meeting with client regarding document missing like monthly operating reports and discuss priority claims. | .60 |
| 06/17/2010 | Reviewed Court Order granted dated 06/17/2010. | .10 |
| 06/25/2010 | Read Notice of Appearance and Request for Notice filed by BPPR. | .10 |

| Date | Description | Hours |
|---|---|---|
| 06/25/2010 | Study Claim #11 filed by Ford Motor Credit Company and it's documents. | .10 |
| 07/28/2010 | Discuss all pending matters with debtor request necessary documents and evidence of being current with DSO Payments, discuss Convertion to Chapter 7, review one by one Proof of Claim and the need to pay which ones. | 1.00 |
| 07/28/2010 | E-mail Trustee's office in order to request a meeting to discuss all pending matters. | .10 |
| 08/03/2010 | Study Claim #12 filed by Maribel Vazquez Lozano and it's documents. | .10 |
| 08/10/2010 | Reviewed Motion for Relief from Stay Under 362 filed by Banco Popular PR and Documents that accompany same. | .20 |
| 08/11/2010 | Reviewed Notice on Motion for Relief from Stay Under 362. | .10 |
| 08/11/2010 | Phone Conference with debtor to inform of motion 362 and consquences | .20 |
| 08/13/2010 | Reviewed Certificate of Service filed by Wallace Vazquez Sanabria. | .10 |
| 08/13/2010 | Reviewed Trustee's Position regarding Motion for Relief of the Stay by Trustee. | .10 |
| 08/19/2010 | Reviewed Trustee's Position regarding Motion for Relief of the Stay filed by Trustee. | .10 |
| 08/24/2010 | Draft and proof read Operating Report for the period of April 1st, 2010 through July 31st, 2010. | .20 |
| 08/24/2010 | Reviewed Trustee's Position regarding Motion for Relief of the Stay filed by Trustee. | .10 |
| 08/27/2010 | Draft and proof read Motion Requesting Continuance of Hearing. | .20 |
| 08/31/2010 | Review Notice on Confirmation Hearing. | .10 |

| Date | Description | Hours |
|---|---|---|
| 09/01/2010 | Reviewed Order Lifting the Automatic Stay in Favor of Movant. | .10 |
| 09/21/2010 | Reviewed Recommendation for Confirmation: Does Not Recommend Plan 4/14/2010. | .10 |
| 09/28/2010 | Draft and proof read Operating Report for the period of August 1st, 2010 through August 30th, 2010. | .20 |
| 09/29/2010 | Draft and proof read Motion Requesting continuance of hearing 09/29/2010. | .20 |
| 09/29/2010 | Reviewed Minutes of Confirmation hearing to be held on 12/2/2010. | .10 |
| 12/01/2010 | Reviewed Recommendation for Confirmation: Does not recommended plan 4/14/2010. | .10 |
| 12/02/2010 | Reviewed Minutes of Confirmation hearing continued to be held on 3/10/2011. | .10 |
| 12/03/2010 | Reviewed withdrawal of Claim 1 filed by CRIM. | .10 |
| 12/07/2010 | Study Claim #13 filed by Puerto Rico Department of Labor and it's documents. | .10 |
| 12/07/2010 | Study Claim #14 filed by Puerto Rico Department of Labor and it's documents. | .10 |
| 12/22/2010 | Reviewed Objection to Claim Number 14 by Claimant Puerto Rico Department filed by Trustee. | .10 |
| 12/22/2010 | Reviewed Objection to Claim Number 13 by Claimant Puerto Rico Department filed by Trustee. | .10 |
| 01/26/2011 | Draft and proof read Amended Chapter 13 Plan dated 1/26/2011. | .20 |
| 01/26/2011 | Draft and proof read Amended Schedule B and Schedule C. | .30 |
| 01/28/2011 | Read Minutes Order granting Trustee's Objection to Claims No. 13 & 14. | .10 |

| Date | Description | Hours |
|---|---|---|
| 02/22/2011 | Reviewed Motion Resigning Legal Representation filed by CRIM. | .10 |
| 02/28/2011 | Reviewed Minutes of Recommendation for Confirmation: Does Not Recommend Plan 1/26/2011 filed by Trustee. | .10 |
| 02/28/2011 | Phone conference with debtor in order to discuss the pending matter that are needed to confirm the case. | .20 |
| 03/01/2011 | Reviewed Trustee's Motion to Dismiss Case for Failure to make Payments. | .10 |
| 03/01/2011 | Phone conference with debtor in order to point out possible dismissal for arrears and consequences. | .20 |
| 03/09/2011 | Draft and proofread Motion Requesting Continuance of Hearing of March 10, 2010 and Requesting to be excused from the Hearing. | .20 |
| 03/10/2011 | Reviewed Minutes of Recommendation for Confirmation: Confirmation hearing to be held on 6/9/2011 at 9:00 a.m. | .10 |
| 03/10/2011 | Phone conference with debtor to follow up on status of the case and pending matters. | .20 |
| 03/30/2011 | Draft and proofread Debtors Reply to Trustee's Motion to Dismiss. | .40 |
| 04/04/2011 | Study court order to cure arrears. | .10 |
| 04/05/2011 | Phone conference with debtor to explain Court Order to cure arrears within 10 days or case is dismissed. | .20 |
| 04/06/2011 | Draft and proofread this billing report. | 1.00 |

Total Hours  29.20

Rudy Rivera Rivera
Case No. 10-02002 BKT
page 8
Application for Attorney Compensation

4. The undersigned attorney contracted that her services should be paid at a rate of $200.00 per hour. Prior to the confirmation the undersigned received $146.00 based on the billing report submitted, the undersigned request that this Honorable Court grant additional compensation in the amount of $5,694.00 with the money on hand with the Trustee to be paid through the plan, for the Trustee to disburse from the balance on hand after Trustee fee, and or the amount on balance after the payment to the Trustee.

5. The applicant has not shared nor agreed to share such compensation with anyone except members or regular associates of our law firm.

### NOTICE

"Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R.Bank.P.9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (I) the requested relief if forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise".

## VERIFIED STATEMENT

I hereby certify under penalty of perjury that the above information is correct and services were incurred to the best of my knowledge.

In San Juan, Puerto Rico, this 13th day of April, 2011.

**RESPECTFULLY SUBMITTED.**

/s/ Marilyn Valdes Ortega
MARILYN VALDES ORTEGA
USDC PR 214711
P.O. Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**10-02002-BKT13 Notice will be electronically mailed to:**

JOSE RAMON CARRION MORALES
newecfmail@ch13-pr.com

JOSE RAMON CARRION MORALES (LL) on behalf of Trustee JOSE CARRION MORALES
newecfmail@ch13-pr.com

MIGDALIA EFFIE GUASP on behalf of Creditor BANCO POPULAR PR
megbky@bppr.com, mguasp@bppr.com

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

MANUEL MALDONADO SOLER on behalf of Creditor CRIM
manuelmaldonado@crimpr.net, storres@crimpr.net

CARLOS E PEREZ PASTRANA (JH) on behalf of Creditor RELIABLE FINANCIAL SERVICES
cperezp@reliablefinancial.com, jhernandezm@reliablefinancial.com

MARILYN VALDES ORTEGA on behalf of Debtor RUDY RIVERA RIVERA
valdeslaw@prtc.net

WALLACE VAZQUEZ SANABRIA on behalf of Creditor BANCO POPULAR PR
walvaz@prtc.net

**I HEREBY CERTIFY:** That I have mailed by regular mail to all creditors listed.

**10-02002-BKT13 Notice will not be electronically mailed to:**

AMERICAN EXPRESS
PO BOX 981537
EL PASO, TX  79998

ASUME
PO BOX 71316
SAN JUAN, PR  00936-8416

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR  00936-8100

BANCO SANTANDER
PO BOX 362589
SAN JUAN, PR  00936-2589

CITI CARDS
PO BOX 183052
COLOMBUS, OH  43218-3052

COLON ATIENZA LEGAL & REPOSSESSION SERV.
PO BOX 21382
SAN JUAN, PR  00928

CRIM
PO BOX 195387
SAN JUAN, PR  00919-5387

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR  00902

DEPARTAMENTO DEL TRABAJO
AVE. MUÑOZ RIVERA 505
HATO REY, PR  00918

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR  00902-0192

FORD MOTOR CREDIT
PO BOX 364189
SAN JUAN, PR  00936-3673

GC SERVICES LIMITED PARTNERSHIP
PO BOX 47455
JACKSONVILLE, FL  32247

INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG, ROOM 1014
2 PONCE DE LEON AVE.  STOP 27 1/2
SAN JUAN, PR  00918-1693

ORIENTAL GROUP
PO BOX 195115
SAN JUAN, PR  00919-5115

PEDRO DIAZ GONZALEZ
PO BOX 1451
VEGA BAJA, PR  00693

RELIABLE FINANCIAL SERVICES
PO BOX 21382
SAN JUAN, PR  00928-1382